UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTET FUNDS (EUROPE) S.A. and PICTET OVERSEAS INC., <br><br> Plaintiffs, <br><br> – against – <br><br> EMERGING MANAGERS GROUP, L.P. and EMG CAPITAL, LLC, <br><br> Defendants. | Civ. No. 14-cv-6854 (SAS) <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon (i) the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary and Permanent Injunction; (ii) the accompanying Declarations of Mark G. Hanchet, Déodat Lê, and Laurent Moser (and exhibits attached thereto); (iii) the Complaint in the above-captioned matter; and (iv) any oral and/or documentary evidence received at the time of the hearing, the undersigned counsel, on behalf of Pictet Funds (Europe) S.A. and Pictet Overseas Inc. ("Plaintiffs"), will move this Court, at Courtroom 15C, United States District Court, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily and permanently enjoining Emerging Managers Group, L.P. and EMG Capital, LLC from proceeding with their claims against Plaintiffs in FINRA Arbitration No. 14-01485.

Dated:  October 3, 2014
            New York, NY

2

                    MAYER BROWN LLP


                    /s/ Mark G. Hanchet
                    Mark G. Hanchet
                    Jeremy D. Schildcrout
                    1675 Broadway
                    New York, NY 10019
                    (212) 506-2500

*Attorneys for Plaintiffs*
*Pictet Funds (Europe) S.A. and*
*Pictet Overseas Inc.*