# Exhibit B



Emerging Managers Group, L. P.
75 Rockefeller Plaza, 15th Floor
New York, NY 10019
Gen. Tel: +1 (212) 688 6410

# Invoice

Pictet Asset Management Ltd
Moore House, Level 11
120 London Wall
London
EC2Y 5ET
United Kingdom

Date: December 19, 2013

Please remit the following payment, based on below wire instructions at your earliest convenience.

4th Quarter 2013 Travel and Entertainment Reimbursement $25,000

Wire Instructions

JP Morgan Chase Bank, NA
New York, NY
ABA: 021000021
Beneficiary: Atlantic Financial Partners LLC
Account # 768429268

Sincerely,

Scott Whittet, Accounting Manager
swhittet@emgfunds.com
212-688-8421